```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                   :
UNITED STATES OF AMERICA           :
                                   :
          - v. -                   :    **UNSEALING ORDER**
                                   :
GEORGE CONSTANTINE et al.,         :    S1 21 Cr. 530
                                   :
          Defendants.              :
                                   :
- - - - - - - - - - - - - - - - - X
```

Upon the application of the United States of America, by and through Assistant United States Attorneys Nicholas W. Chiuchiolo, Nicholas Folly, and Alexandra Rothman, it is hereby ORDERED that Superseding Indictment S1 21 Cr. 530, which was filed under seal on August 23, 2021 and is annexed hereto, is unsealed.

SO ORDERED.

Dated:  New York, New York
        October **19**, 2021

_____
HONORABLE ROBERT W. LEHRBURGER
UNITED STATES MAGISTARTE JUDGE