UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-530 (SHS) |
| -against- | : | <u>ORDER</u> |
| ADRIAN ALEXANDER, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that there will be a conference in this matter on August 30, 2022, at 11:00 a.m.

Dated: New York, New York
       August 26, 2022

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.