UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-530 (SHS) |
| -against- | : | <u>ORDER</u> |
| ADRIAN ALEXANDER, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that:

      1.      The U.S. Probation Office is directed to release the defendant's passport to him today; and

      2.      The Court grants defendant's request to travel to Italy from August 31, 2022, to September 18, 2022. The defendant shall provide his probation officer with his contact information while he is in Italy.

Dated: New York, New York
       August 30, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.