

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

October 13, 2022

**MEMO ENDORSED**

The Honorable Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     21-CR-530 (SHS) United States v. Adrian Alexander

Dear Judge Stein:

Defendant Adrian Alexander respectfully submits this letter to request that his sentencing, currently scheduled for November 30, 2022, at 4:30 p.m., be adjourned to a date and time convenient for the Court in late January 2023.

On September 30, 2022, Mr. Alexander was interviewed by the U.S. Probation Department as part of the preparation of his presentence report (the "PSR"). We learned from the assigned probation officer that the final version of Mr. Alexander's PSR will be submitted to the Court and parties by November 24, 2022 — a week prior to Mr. Alexander's current sentencing date.

As we indicated at Mr. Alexander's change of plea on August 30, 2022, Mr. Alexander intends to provide the Court with a comprehensive sentencing memorandum describing Mr. Alexander's life and his unfortunate involvement in this complex case.  Mr. Alexander is scheduled to submit his sentencing memorandum by November 9, 2022 (three weeks prior to the date of his sentencing).  As a result, Mr. Alexander is currently scheduled to submit his sentencing memorandum a little over two weeks *before* the final PSR is issued, and will be sentenced only a week after receiving the final PSR.  Mr. Alexander respectfully submits that he will be at a distinct disadvantage in making his sentencing presentation to the Court if he must submit his sentencing memorandum without having had sufficient time to review and analyze the contents of the PSR.

We have discussed these timing issues with government counsel. They have advised that they have no objection to adjourning Mr. Alexander's sentencing to late January 2023, so that both sides have sufficient time to review and incorporate the presentence report in preparation for their respective sentencing recommendations.

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices:  Budapest  Jakarta  Riyadh  Shanghai FTZ  Ulaanbaatar.   Business Service Centers:  Johannesburg  Louisville.   Legal Services Center:  Berlin.   For more information see www.hoganlovells.com

The Honorable Sidney H. Stein — - 2 - — October 13, 2022

    Accordingly, Mr. Alexander respectfully requests that his sentencing be adjourned to a date convenient to the Court in late January 2023.

Sincerely,

/s/ James McGovern
James McGovern
Hogan Lovells US LLP
390 Madison Avenue
New York, New York 10023
james.mcgovern@hoganlovells.com
(212) 918-3220

**The sentencing is adjourned to January 25, 2023, at 2:30 p.m. The defense sentencing submission is due on or before January 4, the government submission is due on or before January 11.**

**Dated: New York, New York
October 14, 2022**

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.