

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

December 13, 2022

# MEMO ENDORSED

The Honorable Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  21-CR-530 (SHS) United States v. Adrian Alexander

Dear Judge Stein:

Defendant Adrian Alexander respectfully submits this letter to request that he be permitted to travel to Italy from December 22, 2022 to January 3, 2023, and to Boston, Massachusetts from January 4 through January 7, 2023.

Mr. Alexander would appreciate the opportunity to spend some time with his family. His wife is in Italy, and must remain in Italy for the foreseeable future, because of her role managing her late mother's real estate business. Mr. Alexander is also keen to spend time with his father-in-law, who is ninety years old and recently became a widower. Mr. Alexander's daughter, Allegra, also will be spending the holidays in Italy after her first semester of college in Greece. Mr. Alexander would like to accompany his daughter when she moves back to the United States to begin her second semester at Northeastern University in Boston.

As Your Honor is aware, Mr. Alexander previously traveled to Italy from August 31, 2022 to September 18, 2022, and returned to the United States without incident. Mr. Alexander's Pretrial Services Officer, Ms. Evelyn Alvayero, is aware of Mr. Alexander's request to travel and has no objections to the request. Government counsel has been made aware of this request, and has no objections to the request.

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Birmingham Boston Brussels Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston Johannesburg London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Munich New York Northern Virginia Paris Perth Philadelphia Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Sydney Tokyo Warsaw Washington, D.C. Associated Offices: Budapest Jakarta Riyadh Shanghai FTZ Ulaanbaatar. Business Service Centers: Johannesburg Louisville. Legal Services Center: Berlin. For more information see www.hoganlovells.com

The Honorable Sidney H. Stein　　　　　　　- 2 -　　　　　　　December 13, 2022

Accordingly, we respectfully request that Mr. Alexander be permitted to travel to Italy from December 22, 2022 to January 3, 2023, and to Boston from January 4 through January 7, 2023. .

　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　/s/ James McGovern
　　　　　　　　　　　　　　　James McGovern
　　　　　　　　　　　　　　　Hogan Lovells US LLP
　　　　　　　　　　　　　　　390 Madison Avenue
　　　　　　　　　　　　　　　New York, New York 10023
　　　　　　　　　　　　　　　james.mcgovern@hoganlovells.com
　　　　　　　　　　　　　　　(212) 918-3220

**Mr. Alexander's requests to travel are granted as set forth in this letter.**

**Dated: New York, New York
　　　　December 13, 2022**

　　　　　　　　　　　　　　　SO ORDERED:

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Sidney H. Stein, U.S.D.J.