

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

## MEMO ENDORSED

February 10, 2023

The Honorable Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: 21-CR-530 (SHS) United States v. Adrian Alexander

Dear Judge Stein:

Defendant Adrian Alexander respectfully submits this letter to request a brief adjournment to his sentencing date, which is currently scheduled for March 23, 2023, at 3:30 p.m..

Counsel for Mr. Alexander is unavailable from March 20 through March 31 due to his children's spring break schedules and related travel commitments. In light of counsel's unavailability and the ensuing Easter holidays, Mr. Alexander respectfully requests that his sentencing date be adjourned to a date and time convenient for the Court during the week of April 10, 2023. This short adjournment will also provide Mr. Alexander's family with additional time to travel to attend the sentencing proceedings. We propose that Mr. Alexander's sentencing submission be due two weeks before the sentencing date, and that the Government's sentencing submission be due one week before the sentencing date.

We have discussed this proposed adjournment and filing deadlines with the Government. The Government consents and agrees that the proposed briefing schedule is appropriate. We thank the Court for your consideration.

**The sentencing is adjourned to April 13, 2023, at 4:00 p.m.**
**The defense submission is due by March 30, the**
**government submission is due by April 6.**

Sincerely,

Dated: New York, New York
February 10, 2022

SO ORDERED:

/s/ James G. McGovern
James G. McGovern
Hogan Lovells US LLP
390 Madison Avenue
New York, New York 10017
james.mcgovern@hoganlovells.com
(212) 918-3220

Sidney H. Stein, U.S.D.J.

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Birmingham Boston Brussels Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston Johannesburg London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Munich New York Northern Virginia Paris Perth Philadelphia Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Sydney Tokyo Warsaw Washington, D.C. Associated Offices: Budapest Jakarta Riyadh Shanghai FTZ Ulaanbaatar. Business Service Centers: Johannesburg Louisville. Legal Services Center: Berlin. For more information see www.hoganlovells.com