

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

February 27, 2023

## MEMO ENDORSED

The Honorable Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   21-CR-530 (SHS) United States v. Adrian Alexander

Dear Judge Stein:

Defendant Adrian Alexander respectfully submits this letter to request that he be permitted to travel to Italy from March 1 to March 12, 2023. Mr. Alexander's sentencing is currently scheduled to occur on April 13, 2023.

Mr. Alexander would appreciate the opportunity to spend some time with his family in Italy before his sentencing. As we have reported in the past, Mr. Alexander's wife is in Italy, and must remain in Italy for the foreseeable future, because of her role managing her late mother's real estate business. Mr. Alexander would also like to spend some time with his father-in-law, who is 90 years old, with whom Mr. Alexander enjoys a close relationship. Mr. Alexander's daughter Allegra, who is currently a student at Northeastern University, will also be in Italy during this time period. As the Court may know, prior to this case, Mr. Alexander spent 35 - 40% of his time in Italy because of his wife's working arrangement in the real estate business there.

As Your Honor is aware, Mr. Alexander previously traveled to Italy from August 31, 2022, to September 18, 2022, and again from December 22, 2022, to January 3, 2023. In both instances, he returned to the United States without incident. Mr. Alexander's Pretrial Services Officer, Ms. Evelyn Alvayero, is aware of Mr. Alexander's request to travel and has no objections to the request. Government counsel has been made aware of this request and has no objections to the request.

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices: Budapest  Jakarta  Riyadh  Shanghai FTZ  Ulaanbaatar.  Business Service Centers:  Johannesburg  Louisville.  Legal Services Center: Berlin. For more information see www.hoganlovells.com

The Honorable Sidney H. Stein	- 2 -	February 27, 2023

Accordingly, we respectfully request that Mr. Alexander be permitted to travel to Italy from March 1, 2023, to March 12, 2023.

Sincerely,

/s/ James McGovern
James McGovern
Hogan Lovells US LLP
390 Madison Avenue
New York, New York 10023
james.mcgovern@hoganlovells.com
(212) 918-3220

**Defendant's request to travel to Italy from March 1, 2023, to March 12, 2023, is granted. Defendant shall provide his pretrial services officer with his contact information while he is in Italy.**

**Dated: New York, New York
February 27, 2023**

SO ORDERED:

_____
Sidney H. Stein, U.S.D.C.