**<u>United States v. Adrian Alexander</u>, 1:21-CR-530 (SHS) - 5**

Adrian Alexander's Sentencing Memorandum – Letters of Support

| Exhibit Number | Description |
|---|---|
| Exhibit No. 1 | Letter of Susi Belli (Adrian's Wife) |
| Exhibit No. 2 | Letter of Richard Ortoli |
| Exhibit No. 3 | Letter of David R. Topping |
| Exhibit No. 4 | Letter of Theodore J. Erikson |
| Exhibit No. 5 | Letter of Brian V. Murray |
| Exhibit No. 6 | Letter of Salvatore J. Zizza |
| Exhibit No. 7 | Letter of Jaime Fradelakis |
| Exhibit No. 8 | Letter of Wendy Popowich |
| Exhibit No. 9 | Letter of Gregory Alexander (Adrian's Son) |
| Exhibit No. 10 | Letter of Allegra S. Alexander (Adrian's Daughter) |
| Exhibit No. 11 | Letter of Michael Negoescu |
| Exhibit No. 12 | Letter of Graziela Haim |
| Exhibit No. 13 | Letter of Maria Teresa Cometto |
| Exhibit No. 14 | Letter of Antonella Nava |

**United States v. Adrian Alexander, 1:21-CR-530 (SHS) - 5**

Adrian Alexander's Sentencing Memorandum – Medical Records

| Exhibit Number | Description |
| --- | --- |
| Exhibit No. 15 | Letter of Dr. Stephen Quentzel (Adrian's psychopharmacologist of fifteen years) |
| Exhibit No. 16 | September 2019 Angioplasty Records |
| Exhibit No. 17 | Letter of Dr. Patrick O'Leary |
| Exhibit No. 18 | November 2022 Back Surgery Records |
| Exhibit No. 19 | January 2023 Prostate Surgery Records |
| Exhibit No. 20 | March 2023 Physical Therapy Instructions |
| Exhibit No. 21 | March 24, 2023 Report of Ongoing Health Issues |